

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE MATTER OF J. A. C., A JUVENILE, | § | No. 08-19-00042-CV |
| | § | Appeal from the |
| Appellant. | § | 65<sup>th</sup>District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 1800828) |
| | § | |

# **O R D E R**

Pending before the Court is Appellant's motion to dismiss his appeal pursuant to TEX.R.APP.P. 42.2. On May 13, 2019, the Court notified Appellant's counsel that a motion to dismiss filed in a juvenile case must comply with Rule 42.1 and with this Court's opinion issued in *In re E.J.E.*, 557 S.W.3d 615 (Tex.App.--El Paso 2017, opinion on motion). The motion is defective because it is not supported by a written waiver of the juvenile's right to appeal in accordance with Section 51.09 of the Texas Family Code. The Court gave Appellant ten days to correct the defect in the motion, but Appellant has not done so. Consequently, the motion to dismiss the appeal the appeal is DENIED. Appellant's brief is due to be filed no later than June 29, 2019.

IT IS SO ORDERED this 30th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.